# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANDMARK AMERICAN INSURANCE COMPANY,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4949 |
| | : | |
| **CHARLES MANDRACCHIA, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _19th_____ day of August, 2019, upon consideration of Katherine J. Dempster's Motion to Withdraw As Counsel ("Motion to Withdraw") (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that the Motion to Withdraw is **GRANTED**.

                                                     **BY THE COURT:**

                                                   **/s/ Petrese B. Tucker**
                                                   _____
                                                   **Hon. Petrese B. Tucker, U.S.D.J.**