UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>CHARLES MANDRACCHIA; KEITH M. MCWHIRK; MANDRACCHIA LAW, LLC; MANDRACCHIA & MODESTI, LLC; and MANDRACCHIA & MCWHIRK, LLC,<br><br>Defendants | CIVIL ACTION<br><br>CASE NO. 18-cv-04949-PBT |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff, LANDMARK AMERICAN INSURANCE COMPANY by and through its attorneys of record, and Defendants CHARLES MANDRACCHIA, MANDRACCHIA LAW, LLC, MANDRACCHIA & MODESTI, LLC, MANDRACCHIA & MCWHIRK, LLC, and KEITH M. MCWHIRK, and hereby provide this Stipulation of Dismissal, With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

WHEREFORE, the parties stipulate to dismissal of this action with prejudice, with each party to bear its own costs and fees.

Dated this 12th, day of March, 2020.

Respectfully submitted,

| | |
|---|---|
| **LANDMARK AMERICAN INSURANCE COMPANY** | **CHARLES MANDRACCHIA, MANDRACCHIA LAW, LLC, MANDRACCHIA & MODESTI, LLC, MANDRACCHIA & MCWHIRK, LLC** |
| /s/ _Jason M. Taylor_ | /s/ _Charles D. Mandracchia_ |

1

Jason M. Taylor, Esq. (pro hac vice)
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY, LLP
303 W. Madison St., Ste. 1200
Chicago, IL 60606
(312) 332-3900
(312) 332-3908 (fax)
jtaylor@tlsslaw.com

Charles D. Mandracchia, Esq.
Jeff Soderberg
MANDRACCHIA LAW, LLC
2024 Cressman Road
PO BOX 1229
Skippack, Pa. 19474-1229
(610) 584-0700
(610) 584-0507 (fax)
cman@mmattorneys.com
jsoderberg@mmattorneys.com

**KEITH M. MCWHIRK**

/s/ _____  3/16/2020

Keith M McWhirk
2 Arlington Road
Bordentown, NY 06505
kmcwhirk@verizon.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, by using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

    /s/ Jason M. Taylor